McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| STACY ANN ROBINSON,<br><br>        Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:19-cv-01350-EFB<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that all case deadlines shall be extended by three weeks, resulting in the following new schedule:

    April 17, 2020 Plaintiff's Motion for Summary Judgment due

    May 17, 2020 Defendant's Opposition and Cross-Motion for Summary Judgment due

    June 7, 2020 Plaintiff's Opposition and Reply due

Defendant's counsel hereby requests this extension of all case deadlines because she needs to confer with her client regarding an Appointments Clause issue that Plaintiff has raised under *Lucia v. Securities and Exchange Commission*, 138 S. Ct. 2044 (2018). Defendant's counsel requests three weeks to do so because the Appeals Council's ability to consider and advise on this issue is subject to potential delays since Appeals Council staff are currently working remotely in light of the ongoing COVID-19 pandemic. Plaintiff is in agreement with this request for an extension of time.

Respectfully submitted,

Dated: March 23, 2020          JESSE S. KAPLAN


By: */s/ Jesse S. Kaplan\**
JESSE S. KAPLAN
Attorneys for Plaintiff
[*As authorized by e-mail on Mar. 23, 2020]


Dated: March 24, 2020          McGREGOR W. SCOTT
United States Attorney


By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant


## [~~PROPOSED~~] ORDER


Pursuant to stipulation and good cause appearing, IT IS SO ORDERED.

Dated:  March 24, 2020.


HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE