McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| STACY ANN ROBINSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:19-cv-01350-EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between plaintiff Stacy Ann Robinson (Plaintiff) and Andrew Saul, Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).

The Appeals Council will remand the case to an administrative law judge (ALJ). On remand, the Appeals Council will instruct the ALJ to ensure the record is fully developed; make reasonable attempts to obtain evidence pertinent to the matters at issue; reevaluate the opinion

Stipulation & [~~Proposed~~] Order
Case No. 2:19-cv-01350-EFB                1

evidence of record; further consider Plaintiff's alleged symptoms; reevaluate Plaintiff's residual functional capacity as necessary; obtain supplemental vocational expert evidence as warranted; offer Plaintiff the opportunity for a hearing; take further action as needed to complete the administrative record; and issue a new decision.

  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: March 31, 2020   JESSE S. KAPLAN

By: */s/ Jesse S. Kaplan\**
JESSE S. KAPLAN
Attorneys for Plaintiff
[*As authorized by e-mail on Mar. 31, 2020]

Dated: April 1, 2020   McGREGOR W. SCOTT
United States Attorney

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 1, 2020.

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation & [~~Proposed~~] Order
Case No. 2:19-cv-01350-EFB   2